THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVNAIA

KURT TOPFER,

    Appellant,

    v.

EVELYNE RUETIMANN TOPFER,

    Appellee.

: CIVIL ACTION NO. 3:18-CV-1544
: (JUDGE MARIANI)
: (APPEAL FROM BANKRUPTCY COURT)

## ORDER

**AND NOW, THIS 25TH DAY OF MARCH 2024**, upon consideration of Appellant Kurt A. Topfer's appeal (Doc. 1) of Bankruptcy Judge Robert A. Opel II's Remand Order (Doc. 1-1; Case No. 5:18-ap-00066 at Doc. 27), and all relevant documents, **IT IS HEREBY ORDERED THAT:**

1. Kurt Topfer's Appeal is **DENIED.**

2. The Bankruptcy Court's decision granting the Motion for Remand of Removed Case filed by Appellee Evelyne Ruetimann (Doc. 1-1; Case No. 5:18-ap-00066 at Doc. 27) is **AFFIRMED.**

3. Appellant's "Motion for Retroactive Continuance" (Doc. 8) is **GRANTED.**

4. Appellant's Motion for "TRO/Preliminary Injunction to Stay Proceedings in State Court Immediately Expedited Review Requested" (Doc. 19) is **DENIED.**

4. Appellant's Motion for "TRO/Preliminary Injunction to Stay Proceedings in State Court Immediately Expedited Review Requested" (Doc. 19) is **DENIED**.

5. Appellant's Motion for "Appointment of a Pro Bono Attorney" (Doc. 24) is **DENIED**.

6. Appellant's Motion for "Immediate Preliminary Relief from Undue Hardship" (Doc. 26) is **DENIED**.

7. Appellant's "Notice of Appeal and Statement of Election" (Doc. 27) is **DENIED**.

8. Appellant's "Statement for the Appeal of January 3rd, 2018 Order Judgement for Bankruptcy Code 330(i)" (Doc. 28) is **DENIED**.

9. Appellant's Motion for "Immediate Preliminary Relief from Undue Hardship" (Doc. 29) is **DENIED**.

10. Appellant's "Motion for Special Emergency Relief: Stay of Bankruptcy Court Proceedings" (Doc. 30) is **DENIED**.

11. Appellant's Motion for "Retroactive Continuance" (Doc. 32) is **DENIED**.

12. The Clerk of Court is directed to **CLOSE** Case Number 3:18-CV-1544.

_____
Robert D. Mariani
United States District Judge